# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

RECEIVED BY MAIL
OCT 17 2024
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Plaintiff(s),
Aaron Cherry

vs.

Hennepin County ADC
Sergeant Petrocle, Deputy Morad
Deputy Sarsfield, Deputy Montean

Case No. 24-cv-3951 (JMB/TNL)
(To be assigned by Clerk of District Court)

DEMAND FOR JURY TRIAL

YES ☐   NO ☑

Defendant(s).

(Enter the full name(s) of ALL defendants in this lawsuit. Please attach additional sheets if necessary).

## COMPLAINT

PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

   a. Plaintiff Aaron Cherry

   Name Aaron D Cherry

   Street Address 401 S 4th ave

   County, City Hennepin County Minneapolis

   State & Zip Code Minnesota 55415

   Telephone Number 612-440-8168

SCANNED
OCT 17 2024 LT
U.S. DISTRICT COURT MPLS

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

   a. Defendant No. 1 Sergeant Petrode

      Name              Sergeant Petrode

      Street Address    401 S 4th ave

      County, City      Hennepin County, Minneapolis

      State & Zip Code  Minnesota 55415

   b. Defendant No. 2

      Name              Deputy Morad

      Street Address    401 S 4th ave

      County, City      Hennepin County, Minneapolis

      State & Zip Code  Minnesota 55415

   c. Defendant No. 3

      Name              Deputy Sarsfield

      Street Address    401 S 4th ave

      County, City      Hennepin County Minneapolis

      State & Zip Code  Minnesota 55415

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
Check here if additional sheets of paper are attached: [✓]
Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.d., 2.e., etc.)

2

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3. What is the basis for federal court jurisdiction? *(check all that apply)*

    ☐ Federal Question        ☑ Diversity of Citizenship

4. If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply.



5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

    Plaintiff Name: Aaron Cherry    State of Citizenship: U.S Citizen

    Defendant No. 1: Hennepin County ADC    State of Citizenship: U.S facility

    Defendant No. 2: Sergeant Petrode    State of Citizenship: U.S facility employment

    **Attach additional sheets of paper as necessary and label this information as paragraph 5.**
    **Check here if additional sheets of paper are attached.** ☑

6. What is the basis for venue in the District of Minnesota? *(check all that apply)*

    ☐ Defendant(s) reside in Minnesota    ☑ Facts alleged below primarily occurred in Minnesota

    ☑ Other: explain
    Citizenship is U.S Facility employment

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered

3

separately, beginning with number 7. Please write each single set of circumstances in a separately numbered paragraph.

7. Denied effort with service correctly encounter after meds round with a Quad nurse a nondisciplinary while in wheelchair or not regardless a nondisciplinary has no history of misusing meds reenforcements misuse.

8. Already have taken meds reenforcements has not been used to make sure and enforcement to take meds restrained and choked while invading violating Privacy act doctors ROI threaten to punch in face while restrained and strangle.

9. Breaking Teeth on the right side further injury by neglect of administrations recieved a disciplinary for a nondisciplinary by SGT Petrode threatens and cause Teeth breaking by Deputy Norad and others choking assault within

10. Restraint while SGT Petrode assaulted facial digging gloves in mouth rubber gloves as assault continue while in wheelchair wanting me to cough up meds this all happened 04-24-2024 Qvad 9A Doorway Hallway strangle

11. Victom in a close report inhumane conditions an obstruction being at risk to harm have rash meds 05-28-2024 was left in flooded for 3 days with unknown liquids Deputy was Corantine to health, Qvad 8B10 flood equal rights and protection

Attach additional sheets of paper as necessary.
Check here if additional sheets of paper are attached: ☑
Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

Lawsuit in the amount of 20 million dollars, Pardoning that is able for a order to recieve collections to any settlement payouts.

4

Signed this 26 day of August 2024

Signature of Plaintiff _Dany Cheng_

Mailing Address
401 S 4th ave
Hennepin County, Minneapolis
Minnesota 55415

Telephone Number 612-440-8168

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.