UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Aaron D. Cherry, | Case No. 24-CV-03951 (JMB/TNL) |
| Plaintiff, | |
| v. | ORDER |
| Hennepin County ADC; *Sergeant* Petrode; *Deputy* Morad; *Deputy* Sarsfield; and *Deputy* Montean, | |
| Defendants. | |

---

This matter is before the Court on the Report and Recommendation (R&R) of United States Magistrate Tony N. Leung dated January 22, 2025. (Doc. No. 18.) The R&R recommends that the Court dismiss this action without prejudice for self-represented Plaintiff Aaron D. Cherry's failure to prosecute under Federal Rule of Civil Procedure 41(b), on grounds that self-represented Cherry failed to submit completed U.S. Marshal Service Forms for each defendant and to provide an updated mailing address, in compliance with the Magistrate Judge's December 18, 2024 Order. (*See* Doc. Nos. 14, 18.) Cherry has not objected to the R&R, and the time to do so has now passed. *See* D. Minn. L.R. 72.2(b)(1).

In the absence of timely objections, the Court reviews the R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).

2

Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The R&R (Doc. No. 18) is ADOPTED.

2. The Court DISMISSES this action WITHOUT PREJUDICE

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: February 20, 2025            /s/ *Jeffrey M. Bryan*
                                                  Judge Jeffrey M. Bryan
                                                  United States District Court